Chase A. Adams (#15080)
STEELE ADAMS HOSMAN PLLC
6713 South 1300 East
Cottonwood Heights, Utah 84121
Telephone: (801) 816-3999
chase@sahlegal.com

*Attorney for Defendants*

---

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| ROSS LOGAN, | Case Number: 2:25-CV-00848-JCB |
|---|---|
| Plaintiff, | **DEFENDANT LVNV FUNDING LLC'S ANSWER TO PLAINTIFF ROSS LOGAN'S FIRST AMENDED COMPLAINT** |
| vs. | |
| LVNV FUNDING, LLC, RESURGENT CAPITAL SERVICES, LP; JOHNSON MARK LLC; | |
| Defendant(s). | |

Defendant LVNV Funding LLC ("Defendant"), for itself alone, and no others, answers the First Amended Complaint ("Complaint") of Plaintiff Ross Logan ("Plaintiff"), and each of the purported causes of action in the Complaint, for itself only, and responds as follows[1]:

**INRODUCTION**

Answering the first paragraph of the Introduction, Defendant denies the allegations.

Answering the second paragraph of the Introduction, including the subparts, Defendant denies the allegations.

Answering the third paragraph of the Introduction, Defendant admits that Plaintiff owes an underlying debt. Defendant, however, denies any alleged abuse of process or violation of any federal or state law.

---

[1] Defendant repeats the headings in the First Amended Complaint for organizational purposes only, but the headings should be considered denied.

Answering the fourth paragraph of the Introduction, Defendant denies that Plaintiff is entitled to any damages or relief under any law.

**JURISDICTION & VENUE**

1. Answering Paragraph 1. of the Complaint, these allegations consist of legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

2. Answering Paragraph 2. of the Complaint, these allegations consist of legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

3. Answering Paragraph 3. of the Complaint, these allegations consist of legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

4. Answering Paragraph 4. of the Complaint, these allegations consist of legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

5. Answering Paragraph 5. of the Complaint, and each of its subparts, these allegations consist of legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

6. Answering Paragraph 6. of the Complaint, these allegations consist of legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

7. Answering Paragraph 7. of the Complaint, the allegations are unintelligible. To the extent a response is required, Defendant denies any implication of wrongful conduct in violation of any law.

8. Answering Paragraph 8. of the Complaint, Defendant denies the allegations.

9. Answering Paragraph 9. of the Complaint, Defendant denies the allegations.

10. Answering Paragraph 10. of the Complaint, and each of its subparts, Defendant denies the allegations.

11. Answering Paragraph 11. of the Complaint, Defendant denies the allegations.

**NO CHALLENGE TO STATE JUDGMENTS; SHAM-LITIGATION EXCEPTION**

12. Answering Paragraph 12. of the Complaint, the allegations are unintelligible. To the extent a response is required, Defendant denies any implication of wrongful conduct in violation of any law.

**PARTIES**

13. Answering Paragraph 13. of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them.

14. Answering Paragraph 14. of the Complaint, Defendant admits only that it is a Delaware LLC. Defendant denies the remaining allegations.

15. Answering Paragraph 15. of the Complaint, Defendant admits only that Resurgent Capital Services LP is Defendant's servicer. Defendant is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations, and on that basis, denies them.

16. Answering Paragraph 16. of the Complaint, Defendant admits only Johnson Mark filed a collection lawsuit on Defendant's behalf. Defendant denies the remaining allegations.

17. Answering Paragraph 17. of the Complaint, these allegations consist of legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations.

18. Answering Paragraph 18. of the Complaint, these allegations do not relate to Defendant and thus no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them.

**FACTUAL BACKGROUND – CASE 1 (Utah Case No. 249105258 – THE UNLICENSED CASE)**

19. Answering Paragraph 19. of the Complaint, Defendant denies the allegations.

20. Answering Paragraph 20. of the Complaint, Defendant states that the court filings speak for themselves. Defendant denies any allegations inconsistent with the referenced documents.

21. Answering Paragraph 21. of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them. Defendant expressly denies any implication of improper or wrongful conduct.

22. Answering Paragraph 22. of the Complaint, Defendant states that the referenced documents speak for themselves. Defendant denies any allegations inconsistent with the referenced documents. As for the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them. Defendant expressly denies any implication of improper or wrongful conduct.

23. Answering Paragraph 23. of the Complaint, Defendant admits that Johnson Mark filed a collection lawsuit on Defendant's behalf. Except as stated, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them.

24. Answering Paragraph 24. of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them.

25. Answering Paragraph 25. of the Complaint, Defendant admits that the debt originated with Credit One Bank. Regarding the remaining allegations, Defendant states that the referenced documents speak for themselves. Defendant denies any allegations inconsistent with the referenced documents.

26. Answering Paragraph 26. of the Complaint, Defendant denies that any alleged arbitration clause prohibited the collection action from being filed in court.

27. Answering Paragraph 27. of the Complaint, Defendant denies the allegations.

28. Answering Paragraph 28. of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them.

29. Answering Paragraph 29. of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them.

**FACTUAL BACKGROUND – CASE 2 (Utah Case No. 249105685 – THE LICENSED CASE)**

30. Answering Paragraph 30. of the Complaint, Defendant states that the court filings speak for themselves. Defendant denies any allegations inconsistent with the referenced documents.

31. Answering Paragraph 31. of the Complaint, Defendant admits that Johnson Mark filed a collection lawsuit on Defendant's behalf. Except as stated, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them.

32. Answering Paragraph 32. of the Complaint, Defendant states that the referenced documents speak for themselves. Defendant denies any allegations inconsistent with the referenced documents.

33. Answering Paragraph 33. of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them. Defendant expressly denies any implication of improper or wrongful conduct.

34. Answering Paragraph 34. of the Complaint, Defendant admits that the debt originated with Credit One Bank. Regarding the remaining allegations, Defendant states that the referenced documents speak for themselves. Defendant denies any allegations inconsistent with the referenced documents.

35. Answering Paragraph 35. of the Complaint, Defendant denies that any alleged arbitration clause prohibited the collection action from being filed in court.

36. Answering Paragraph 36. of the Complaint, Defendant states that the court filings speak for themselves. Defendant denies any allegations inconsistent with the referenced documents.

37. Answering Paragraph 37. of the Complaint, Defendant states that the court filings speak for themselves. Defendant denies any allegations inconsistent with the referenced documents.

38. Answering Paragraph 38. of the Complaint, Defendant states that the referenced documents speak for themselves. Defendant denies any allegations inconsistent with the referenced documents.

39. Answering Paragraph 39. of the Complaint, Defendant states that the referenced documents speak for themselves. Defendant denies any allegations inconsistent with the referenced documents. Defendant denies the remaining allegations.

**PROCEDURAL AMBUSH**

40. Answering Paragraph 40. of the Complaint, Defendant states that the court filings speak for themselves. Defendant denies any allegations inconsistent with the referenced documents.

41. Answering Paragraph 41. of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them. Defendant expressly denies any implication of improper or wrongful conduct.

42. Answering Paragraph 42. of the Complaint, Defendant states that the court docket regarding hearing dates speaks for itself. Defendant denies the remaining allegations and denies any implication of improper or wrongful conduct.

43. Answering Paragraph 43. of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them. Defendant expressly denies any implication of improper or wrongful conduct.

44. Answering Paragraph 44. of the Complaint, Defendant denies the allegations.

**INJURY AND DAMAGES**

45. Answering Paragraph 45. of the Complaint, and each of its subparts, Defendant denies the allegations, denies that Plaintiff is entitled to the relief requested, and denies that Plaintiff is entitled to any relief whatsoever from Defendant.

**COUNT I – FDCPA VIOLATIONS**

46. Answering Paragraph 46. of the Complaint, Defendant denies the allegations as they pertain to Defendant and denies any liability to Plaintiff.

47. Answering Paragraph 47. of the Complaint, Defendant denies the allegations.

48. Answering Paragraph 48. of the Complaint, Defendant denies the allegations

49. Answering Paragraph 49. of the Complaint, Defendant denies the allegations.

50. Answering Paragraph 50. of the Complaint, Defendant denies the allegations.

51. Answering Paragraph 51. of the Complaint, these allegations do not relate to Defendant and thus no response is required.  To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them.

52. Answering Paragraph 52. of the Complaint, Defendant denies the allegations.

53. Answering Paragraph 53. of the Complaint, Defendant denies the allegations.

54. Answering Paragraph 54. of the Complaint, Defendant denies the allegations.

55. Answering Paragraph 55. of the Complaint, Defendant denies violations of any laws.  As for the remaining allegations, the allegations consist of legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

56. Answering Paragraph 56. of the Complaint, Defendant denies that Plaintiff is entitled to the relief requested and denies that Plaintiff is entitled to any relief whatsoever from Defendant.

**COUNT II – DELCARATION JUDGMENT (ARBITRATION WAIVER)**

57. Answering Paragraph 57. of the Complaint, Defendant incorporates its responses to the forgoing paragraphs as if fully set forth herein.

58. Answering Paragraph 58. of the Complaint, Defendant denies the allegations.

59. Answering Paragraph 59. of the Complaint, Defendant denies the allegations.

60. Answering Paragraph 60. of the Complaint, Defendant denies that Plaintiff is entitled to the relief requested and denies that Plaintiff is entitled to any relief whatsoever from Defendant.

**COUNT III – UTAH UCSPA VIOLATIONS**

61. Answering Paragraph 61. of the Complaint, Defendant incorporates its responses to the forgoing paragraphs as if fully set forth herein.

62. Answering Paragraph 62. of the Complaint, Defendant denies the allegations.

63. Answering Paragraph 63. of the Complaint, and each of its subparts, Defendant denies the allegations.

64. Answering Paragraph 64. of the Complaint, Defendant denies the allegations.

65. Answering Paragraph 65. of the Complaint, Defendant denies the allegations, denies that Plaintiff is entitled to the relief requested, and denies that Plaintiff is entitled to any relief whatsoever from Defendant.

**COUNT IV – ABUSE OF PROCESS**

66. Answering Paragraph 66. of the Complaint, Defendant incorporates its responses to the forgoing paragraphs as if fully set forth herein.

67. Answering Paragraph 67. of the Complaint, Defendant states that the court filings speak for themselves. Defendant denies any allegations inconsistent with the referenced documents.

68. Answering Paragraph 68. of the Complaint, Defendant denies the allegations.

69. Answering Paragraph 69. of the Complaint, Defendant denies the allegations.

70. Answering Paragraph 70. of the Complaint, Defendant denies the allegations.

71. Answering Paragraph 71. of the Complaint, Defendant denies the allegations.

72. Answering Paragraph 72. of the Complaint, and each of its subparts, Defendant denies the allegations.

73. Answering Paragraph 73. of the Complaint, Defendant denies the allegations.

74. Answering Paragraph 74. of the Complaint, Defendant denies that Plaintiff is entitled to the relief requested and denies that Plaintiff is entitled to any relief whatsoever from Defendant.

**COUNT V – NEVADA DTPA / COLLECTION VIOLATIONS**

75. Answering Paragraph 75. of the Complaint, Defendant incorporates its responses to the forgoing paragraphs as if fully set forth herein.

76. Answering Paragraph 76. of the Complaint, Defendant states that the referenced documents speak for themselves. Defendant denies any allegations inconsistent with the referenced documents.

77. Answering Paragraph 77. of the Complaint, Defendant states that the referenced documents speak for themselves. Defendant denies any allegations inconsistent with the referenced documents. As for the remaining allegations, the allegations consist of legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

78. Answering Paragraph 78. of the Complaint, Defendant denies the allegations.

79. Answering Paragraph 79. of the Complaint, the allegations consist of legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations to the extent they misstate the law. Defendant further denies any implication of wrongful conduct.

80. Answering Paragraph 80. of the Complaint, the allegations consist of legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations to the extent they misstate the law. Defendant further denies any implication of wrongful conduct.

81. Answering Paragraph 81. of the Complaint, Defendant states that the referenced documents speak for themselves. Defendant denies any allegations inconsistent with the referenced documents. As for the remaining allegations, the allegations consist of legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

82. Answering Paragraph 82. of the Complaint, the allegations consist of legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations to the extent they misstate the law. Defendant further denies any implication of wrongful conduct.

83. Answering Paragraph 83. of the Complaint, Defendant denies that Plaintiff is entitled to any damages, relief, or attorney's fees. Defendant denies the remaining allegations.

**COUNT VI – DECLARATORY RELIEF (EXISTENCE/ASSENT TO ARBITRATION AGREEMENT)**

84. Answering Paragraph 84. of the Complaint, Defendant incorporates its responses to the forgoing paragraphs as if fully set forth herein.

85. Answering Paragraph 85. of the Complaint, Defendant states that the allegation is unintelligible as Plaintiff is the party who sought arbitration.

86. Answering Paragraph 86. of the Complaint, Defendant states that the allegation is unintelligible. To the extent a response is required, Defendant denies any implication of wrongdoing.

87. Answering Paragraph 87. of the Complaint, Defendant states that the allegation is unintelligible as Plaintiff is the party who sought arbitration. To the extent a response is required, Defendant denies any implication of wrongdoing and further denies that Plaintiff is entitled to any relief or damages.

**COUNT VII – VIOLATIONS OF THE RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT (18 U.S.C. § 1962(c))**

88. Answering Paragraph 88. of the Complaint, Defendant incorporates its responses to the forgoing paragraphs as if fully set forth herein.

89. Answering Paragraph 89. of the Complaint, these allegations consist of legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations to the extent they misstate the law.

90. Answering Paragraph 90. of the Complaint, these allegations consist of legal conclusions to which no response is required. To the extent a response is required, Defendant is

without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them. As a further response, Defendant denies the allegations to the extent they misstate the law.

91. Answering Paragraph 91. of the Complaint, Defendant denies the allegations.

92. Answering Paragraph 92. of the Complaint, the allegations are unintelligible. To the extent a response is required, Defendant denies any implication of wrongful conduct in violation of any law.

93. Answering Paragraph 93. of the Complaint, Defendant denies the allegations.

94. Answering Paragraph 94. of the Complaint, the allegations are unintelligible. To the extent a response is required, Defendant denies any implication of wrongful conduct in violation of any law. As a further response, Defendant states that the referenced documents speak for themselves. Defendant denies any allegations inconsistent with the referenced documents.

95. Answering Paragraph 95. of the Complaint, Defendant denies the allegations.

96. Answering Paragraph 96. of the Complaint, Defendant denies the allegations.

97. Answering Paragraph 97. of the Complaint, Defendant denies the allegations.

98. Answering Paragraph 98. of the Complaint, the allegations are unintelligible. To the extent a response is required, Defendant denies any implication of wrongful conduct in violation of any law.

99. Answering Paragraph 99. of the Complaint, Defendant denies the allegations.

100. Answering Paragraph 100. of the Complaint, Defendant denies the allegations.

101. Answering Paragraph 101. of the Complaint, Defendant denies the allegations.

102. Answering Paragraph 102. of the Complaint, Defendant denies the allegations.

103. Answering Paragraph 103. of the Complaint, Defendant denies the allegations.

104. Answering Paragraph 104. of the Complaint, Defendant admits only Johnson Mark filed a collection lawsuit on Defendant's behalf. As to the remaining allegations, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them.

105. Answering Paragraph 105. of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them.

106. Answering Paragraph 106. of the Complaint, Defendant denies the allegations.

107. Answering Paragraph 107. of the Complaint, Defendant denies the allegations.

108. Answering Paragraph 108. of the Complaint, Defendant states that the court filings speak for themselves. Defendant denies any allegations inconsistent with the referenced documents. As a further response, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them.

109. Answering Paragraph 109. of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them.

110. Answering Paragraph 110. of the Complaint, Defendant denies the allegations.

111. Answering Paragraph 111. of the Complaint, Defendant denies the allegations.

112. Answering Paragraph 112. of the Complaint, Defendant states that the court filings speak for themselves. Defendant denies any allegations inconsistent with the referenced documents. As a further response, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them.

113. Answering Paragraph 113. of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them.

114. Answering Paragraph 114. of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them.

115. Answering Paragraph 115. of the Complaint, Defendant denies the allegations.

116. Answering Paragraph 116. of the Complaint, Defendant states that the court filings speak for themselves. Defendant denies any allegations inconsistent with the referenced

documents. As a further response, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them.

117. Answering Paragraph 117. of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them.

118. Answering Paragraph 118. of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them.

119. Answering Paragraph 119. of the Complaint, Defendant denies the allegations.

120. Answering Paragraph 120. of the Complaint, Defendant states that the documents speak for themselves. Defendant denies any allegations inconsistent with the referenced documents. As a further response, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them.

121. Answering Paragraph 121. of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them.

122. Answering Paragraph 122. of the Complaint, Defendant denies the allegations.

123. Answering Paragraph 123. of the Complaint, Defendant denies the allegations.

124. Answering Paragraph 124. of the Complaint, Defendant states that the documents speak for themselves. Defendant denies any allegations inconsistent with the referenced documents. As a further response, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them.

125. Answering Paragraph 125. of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them.

126. Answering Paragraph 126. of the Complaint, the allegations are unintelligible. To the extent a response is required, Defendant denies any implication of wrongful conduct in violation of any law and denies any allegations of fraud.

127. Answering Paragraph 127. of the Complaint, Defendant denies the allegations.

128. Answering Paragraph 128. of the Complaint, Defendant states that the documents speak for themselves. Defendant denies any allegations inconsistent with the referenced documents. As a further response, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them.

129. Answering Paragraph 129. of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them.

130. Answering Paragraph 130. of the Complaint, and each of its subparts, Defendant denies the allegations.

131. Answering Paragraph 131. of the Complaint, Defendant denies the allegations.

132. Answering Paragraph 132. of the Complaint, Defendant states that the documents speak for themselves. Defendant denies any allegations inconsistent with the referenced documents. As a further response, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them.

133. Answering Paragraph 133. of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them.

134. Answering Paragraph 134. of the Complaint, Defendant denies the allegations.

135. Answering Paragraph 135. of the Complaint, Defendant denies the allegations.

136. Answering Paragraph 136. of the Complaint, Defendant denies the allegations.

137. Answering Paragraph 137. of the Complaint, Defendant denies the allegations.

138. Answering Paragraph 138. of the Complaint, Defendant denies the allegations.

139. Answering Paragraph 139. of the Complaint, Defendant denies the allegations.

140. Answering Paragraph 140. of the Complaint, and each of its subparts, Defendant denies the allegations.

141. Answering Paragraph 141. of the Complaint, Defendant denies the allegations.

142. Answering Paragraph 142. of the Complaint, Defendant denies the allegations.

143. Answering Paragraph 143. of the Complaint, Defendant denies the allegations.

144. Answering Paragraph 144. of the Complaint, and each of its subparts, Defendant denies the allegations, denies that Plaintiff is entitled to the relief requested, and denies that Plaintiff is entitled to any relief whatsoever from Defendant.

145. Answering Paragraph 145. of the Complaint, Defendant denies the allegations.

146. Answering Paragraph 146. of the Complaint, Defendant denies the allegations.

147. Answering Paragraph 147. of the Complaint, Defendant denies the allegations.

148. Answering Paragraph 148. of the Complaint, Defendant denies the allegations, denies that Plaintiff is entitled to the relief requested, and denies that Plaintiff is entitled to any relief whatsoever from Defendant.

149. Answering Paragraph 149. of the Complaint, Defendant denies the allegations.

150. Answering Paragraph 150. of the Complaint, Defendant denies the allegations and denies that this action is appropriate for class treatment.

151. Answering Paragraph 151. of the Complaint, Defendant denies the allegations and denies that this action is appropriate for class treatment.

152. Answering Paragraph 152. of the Complaint, Defendant denies the allegations.

153. Answering Paragraph 153. of the Complaint, and each of its subparts, Defendant denies the allegations, denies that Plaintiff is entitled to the relief requested, and denies that Plaintiff is entitled to any relief whatsoever from Defendant.

154. Answering Paragraph 154. of the Complaint, Defendant incorporates its responses to the forgoing paragraphs as if fully set forth herein.

155. Answering Paragraph 155. of the Complaint, Defendant denies the allegations.

156. Answering Paragraph 156. of the Complaint, Defendant denies the allegations.

157. Answering Paragraph 157. of the Complaint, Defendant denies the allegations.

158. Answering Paragraph 158. of the Complaint, Defendant denies the allegations.

159. Answering Paragraph 159. of the Complaint, and each of its subparts, Defendant denies the allegations, denies that Plaintiff is entitled to the relief requested, and denies that Plaintiff is entitled to any relief whatsoever from Defendant.

**RESERVATION TO AMEND**

160. Answering Paragraph 160. of the Complaint, these allegations consist of legal conclusions to which no response is required. To the extent a response is required, Defendant is without sufficient knowledge or information to form a belief as to the truth of these allegations, and on that basis, denies them.

Answering the PRAYER FOR RELIEF Paragraph, and each of its subparts, Defendant denies the allegations, denies that Plaintiff is entitled to the relief requested, and denies that Plaintiff is entitled to any relief whatsoever from Defendant.

Answering the JURY DEMAND Paragraph, Defendant admits that Plaintiff demands a trial by jury in the Complaint.

## **AFFIRMATIVE DEFENSES**

### **FIRST AFFIRMATIVE DEFENSE**

Plaintiff fails to state a claim upon which relief can be granted against Defendant.

### **SECOND AFFIRMATIVE DEFENSE**

Defendant may be entitled to a set-off against any award to Plaintiff.

### **THIRD AFFIRMATIVE DEFENSE**

Plaintiff's claims may be barred in whole or in part by the applicable statute of limitations.

### **FOURTH AFFIRMATIVE DEFENSE**

Plaintiff is barred from obtaining the relief sought in the Complaint by the doctrines of estoppel, res judicata, waiver, Rooker-Feldman, unclean hands, laches, or other equitable doctrines.

### **FIFTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred in whole or in part because Plaintiff has failed to mitigate his alleged damages, if any.

### **SIXTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred in whole or in part because Plaintiff consented to, ratified, or acquiesced in all the alleged acts or omissions alleged.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims may be barred because any alleged acts or omissions of Defendant giving rise to Plaintiff's claims, if any, were the result of an innocent mistake and/or bona fide error notwithstanding reasonable procedures to avoid any such acts or omissions. Defendant at all times acted in a reasonable manner in connection with the transactions at issue in this action.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims may be barred because Defendant at all times complied in good faith with all applicable statutes and regulations.

## NINTH AFFIRMATIVE DEFENSE

If Plaintiff suffered or sustained any loss, injury, damage, or detriment, it was directly and proximately caused and contributed to by the breach, conduct, acts, omissions, activities, carelessness, recklessness, negligence, or intentional misconduct of others, and not by Defendant.

## TENTH AFFIRMATIVE DEFENSE

If Plaintiff suffered or sustained any loss, injury, damage, or detriment, it was directly and proximately caused and contributed to by the intervening acts of others, and not by Defendant.

## ELEVENTH AFFIRMATIVE DEFENSE

If Plaintiff prevails against Defendant, Defendant's liability is several and limited to its own actionable segment of fault, if any.

## TWELFTH AFFIRMATIVE DEFENSE

As a separate, affirmative defense, Defendant alleges that Plaintiff's Complaint fails as a matter of law due to lack of standing to bring this action.

## RESERVATION OF RIGHTS

Defendant specifically gives notice that it intends to rely upon such other defenses as may become available by law, or pursuant to statute, or during any further discovery proceedings of this case, and hereby reserves the right to amend its Answer and assert such defenses.

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiff takes nothing from Defendant by way of the Complaint;
2. For costs of suit herein;
3. For attorney's fees to the extent available by law or contract; and
4. For such other and further relief as this Court may deem just and proper.

Dated this 28th day of November 2025

STEELE ADAMS HOSMAN

/s/Chase A. Adams_____
Chase A. Adams
Attorney for Defendants

## Certificate of Service

I hereby certify that on November 28, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

N/A

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Ross Logan
1174 S 200 E
Orem, UT 84058

                                                                            /s/Chase A Adams