Chase A. Adams (#15080)
STEELE ADAMS HOSMAN PLLC
6713 South 1300 East
Cottonwood Heights, Utah 84121
Telephone: (801) 816-3999
chase@sahlegal.com

*Attorney for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| ROSS LOGAN,<br><br>    Plaintiff,<br><br>vs.<br><br>LVNV FUNDING, LLC, RESURGENT CAPITAL SERVICES, LP; JOHNSON MARK LLC;<br><br>    Defendant(s). | Case Number: 2:25-CV-00848-JCB<br><br>**DEFENDANT RESURGENT CAPITAL SERVICES LLP'S RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Defendant LVNV Funding LLC ("LVNV"), certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

LVNV is a privately held company.

No publicly held corporation owns 10% or more of LVNV's stock.

Should the identity of any other interested party become known, or if any of the information contained herein changes, LVNV will notify the Court and all parties by filing a supplemental notice.

Dated this 28th day of November 2025

/s/Chase A. Adams_____
Chase A. Adams

## Certificate of Service

I hereby certify that on November 28, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

N/A

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Ross Logan
1174 S 200 E
Orem, UT 84058

                                                      /s/Chase A Adams