Christopher J. Rogers, No. 10104
JOHNSON MARK, LLC
4548 S. Atherton Drive, Suite 100
Salt Lake City, UT 84123
Phone: 801-285-5725
Email: crogers@jmlaw.com
*Attorney for Defendant Johnson Mark, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ROSS LOGAN,<br><br>  Plaintiff,<br><br>vs.<br><br>LVNV FUNDING, LLC; RESURGENT CAPITAL SERVICES, L.P., JOHNSON MARK, LLC,<br><br>  Defendants. | **DEFENDANT JOHNSON MARK, LLC'S RULE 7.1 DISCLOSURE STATEMENT**<br><br>Case No. 2:25-cv-00848-AMA-JCB<br><br>Judge Ann Marie McIff Allen |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Defendant Johnson Mark, LLC ("Johnson Mark"), certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Johnson Mark is a privately held limited liability company.

No publicly held corporation owns 10% or more of Johnson Mark stock.

Should the identity of any other interested party become known, or if any of the information contained herein changes, Johnson Mark will notify the Court and all parties by filing a supplemental notice.

DATED __29th__ day of __NOVEMBER__, 2025

                                             _/s/Christopher J. Rogers_
                                             Christopher J. Rogers
                                             *Attorney for Defendant Johnson Mark, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the __29th__ day of __NOVEMBER__, 2025, a true and correct copy of the above and foregoing was served **via CM/ECF** to the following:

Ross Logan
1174 South 200 East
Orem, Utah 84058
Email: rosswlogan@gmail.com
*Plaintiff Pro Se*

Chase A. Adams (#15080)
STEELE ADAMS HOSMAN PLLC
6713 South 1300 East
Cottonwood Heights, Utah 84121
Telephone: (801) 816-3999
Email: chase@sahlegal.com
*Attorney for Defendants LVNV Funding, LLC and Resurgent Capital Services LP*


                         */s/Christopher J. Rogers*