Chase A. Adams (#15080)
STEELE ADAMS HOSMAN PLLC
6713 South 1300 East
Cottonwood Heights, Utah 84121
Telephone: (801) 816-3999
chase@sahlegal.com

*Attorney for Defendants*

---

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| ROSS LOGAN,<br><br>    Plaintiff,<br><br>vs.<br><br>LVNV FUNDING, LLC, RESURGENT CAPITAL SERVICES, LP; JOHNSON MARK LLC;<br><br>    Defendant(s). | Case Number: 2:25-CV-00848-JCB<br><br>**DECLARATION OF JORDAN ALLEN IN SUPPORT OF DEFENDANTS LVNV FUNDING LLC AND RESURGENT CAPITAL SERVICES LP'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

I, Jordan Allen, declare:

1.  I am an attorney at Johnson Mark LLC. I submit this declaration in support of the Motion for Judgment on the Pleadings filed by Defendants LVNV Funding LLC ("LVNV") and Resurgent Capital Services L.P. ("Resurgent") (LVNV and Resurgent are collectively the "Defendants"). I am over the age of 18 and am competent to testify to the facts declared below and could testify truthfully to them if required.

2.  Attached hereto as **Exhibit A**[1] is a true and correct copy of the Complaint filed by LVNV in Case Number 249105258 in the Fourth Judicial District, Provo District Court, Utah

---

[1] Each of the exhibits referenced herein is attached to the concurrently filed Compendium of Exhibits.

Page 1 of 5

County (the "First Action").

3. Attached hereto as **Exhibit B** is a true and correct copy of the Docket for the First Action, as of February 27, 2026.

4. Attached hereto as **Exhibit C** is a true and correct copy of Plaintiff Ross Logan's Demand for Arbitration, Consumer Arbitration Rules, AAA Case Number 01-25-0002-6360, related to the First Action.

5. Attached hereto as **Exhibit D** is a true and correct copy of "Claimant's Motion to Dismiss Respondent's Claim for Lack of Standing," as filed by Plaintiff Ross Logan ("Plaintiff") in the First Action and dated October 10, 2025.

6. Attached hereto as **Exhibit E** is a true and correct copy of Plaintiff's October 16, 2025 Email to Arbitrator Timothy R. Pack, requesting dismissal of LVNV's claims, as submitted by Plaintiff in the First Action.

7. Attached hereto as **Exhibit F** is a true and correct copy of Arbitrator Timothy R. Pack's November 25, 2025 final arbitration award related to the First Action.

8. Attached hereto as **Exhibit G** is a true and correct copy of The Honorable Roger W. Griffin's Order confirming Arbitrator Pack's arbitration award in the First Action.

9. Attached hereto as **Exhibit H** is a true and correct copy of the Complaint filed by LVNV in Case Number 249105685 in the Fourth Judicial District, Provo District Court, Utah County (the "Second Action").

10. Attached hereto as **Exhibit I** is a true and correct copy of the Docket for the Second Action, as of February 27, 2026.

11. Attached hereto as **Exhibit J** is a true and correct copy of Plaintiff's Demand for Arbitration, Consumer Arbitration Rules, AAA Case Number 01-25-0002-6361, related to the

Second Action.

12. Attached hereto as **Exhibit K** is a true and correct copy of Plaintiff's "Motion for Summary Disposition – Lack of Standing Under Nevada Law," as filed by Plaintiff in the Second Action and dated September 12, 2025.

13. Attached hereto as **Exhibit L** is a true and correct copy of "Claimant's Response to Respondent's Initial Submission," as filed by Plaintiff in the Second Action and dated September 28, 2025.

14. Attached hereto as **Exhibit M** is a true and correct copy of "Claimant's Supplemental Response to Respondent's Initial Submission," as filed by Plaintiff in the Second Action and dated October 7, 2025.

15. Attached hereto as **Exhibit N** is a true and correct copy of "Claimant's Second Supplemental Response Re: Respondent's Continued Forum Manipulation," as filed by Plaintiff in the Second Action and dated October 17, 2025.

16. Attached hereto as **Exhibit O** is a true and correct copy Arbitrator Langdon T. Owen, Jr.'s October 30, 2025 final arbitration award related to the Second Action.

17. Attached hereto as **Exhibit P** is a true and correct copy of The Honorable Denise M. Porter's Order confirming Arbitrator Owen's arbitration award in the Second Action.

18. Attached hereto as **Exhibit Q** is a true and correct copy of The Utah Court of Appeals January 30, 2026 Order Dismissing Plaintiff's Appeal in the Second Action.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 6, 2026, in Salt Lake City, Utah.

      */s/ Jordan Allen*
      Jordan Allen

## **Certificate of Service**

I hereby certify that on March 6, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

Ross Logan
1174 S 200 E
Orem, UT 84058

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

N/A

                                                                                            /s/Chase A Adams