Chase A. Adams (#15080)
STEELE ADAMS HOSMAN PLLC
6713 South 1300 East
Cottonwood Heights, Utah 84121
Telephone: (801) 816-3999
chase@sahlegal.com

*Attorney for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| ROSS LOGAN,<br><br>Plaintiff,<br><br>vs.<br><br>LVNV FUNDING, LLC, RESURGENT CAPITAL SERVICES, LP; JOHNSON MARK LLC;<br><br>Defendant(s). | Case Number: 2:25-CV-00848-JCB<br><br>**COMPENDIUM OF EXHIBITS IN SUPPORT OF DEFENDANTS LVNV FUNDING LLC AND RESURGENT CAPITAL SERVICES LP'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

Defendants LVNV Funding LLC ("LVNV") and Resurgent Capital Services L.P. ("Resurgent") (LVNV and Resurgent are collectively the "Defendants") hereby submit this compendium of exhibits in support of their Motion for Judgment on the Pleadings pursuant to Fed. R. Civ. P. 12(c) ("Motion").

| **Exhibit No.** | **Description** |
|---|---|
| **Exhibit A** | Complaint filed by LVNV in Case Number 249105258 in the Fourth Judicial District, Provo District Court, Utah County (the "First Action"). |
| **Exhibit B** | Docket for the First Action, as of February 27, 2026. |
| **Exhibit C** | Demand for Arbitration, Consumer Arbitration Rules, AAA Case Number 01-25-0002-6360, related to the First Action |
| **Exhibit D** | Claimant's Motion to Dismiss Respondent's Claim for Lack of Standing," as filed by Plaintiff in the First Action and dated October 10, 2025. |
| **Exhibit E** | Plaintiff's October 16, 2025 Email to Arbitrator Timothy R. Pack, requesting dismissal of LVNV's claims, as submitted by Plaintiff in the First Action. |
| **Exhibit F** | Arbitrator Timothy R. Pack's November 25, 2025 final arbitration award related to the First Action. |
| **Exhibit G** | The Honorable Roger W. Griffin's Order confirming Arbitrator Pack's arbitration award in the First Action. |
| **Exhibit H** | Complaint filed by LVNV in Case Number 249105685 in the Fourth Judicial District, Provo District Court, Utah County (the "Second Action"). |
| **Exhibit I** | Docket for the Second Action, as of February 27, 2026. |
| **Exhibit J** | Plaintiff's Demand for Arbitration, Consumer Arbitration Rules, AAA Case Number 01-25-0002-6361, related to the Second Action. |
| **Exhibit K** | Plaintiff's Motion for Summary Disposition – Lack of Standing Under Nevada Law, as filed by Plaintiff in the Second Action and dated September 12, 2025. |
| **Exhibit L** | Claimant's Response to Respondent's Initial Submission, as filed by Plaintiff in the Second Action and dated September 28, 2025. |
| **Exhibit M** | Claimant's Supplemental Response to Respondent's Initial Submission, as filed by Plaintiff in the Second Action and dated October 7, 2025. |

| **Exhibit N** | Claimant's Second Supplemental Response Re: Respondent's Continued Forum Manipulation, as filed by Plaintiff in the Second Action and dated October 17, 2025. |
|---|---|
| **Exhibit O** | Arbitrator Langdon T. Owen, Jr.'s October 30, 2025 final arbitration award related to the Second Action. |
| **Exhibit P** | The Honorable Denise M. Porter's Order confirming Arbitrator Owen's arbitration award in the Second Action. |
| **Exhibit Q** | The Utah Court of Appeals January 30, 2026 Order Dismissing Plaintiff's Appeal in the Second Action. |

Dated this 6th day of March 2026.

                                                STEELE ADAMS HOSMAN

                                                /s/Chase A. Adams
                                                Chase A. Adams
                                                Attorney for Defendants

## Certificate of Service

I hereby certify that on March 6, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

Ross Logan
1174 S 200 E
Orem, UT 84058

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

N/A

                                                    /s/Chase A Adams