# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ROSS LOGAN,<br><br>      Plaintiff,<br><br>v.<br><br>LVNV FUNDING, LLC; RESURGENT CAPITAL SERCIES, L.P.; and JOHNSON MARK LLC,<br><br>      Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:25-cv-00848-AMA-JCB<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Jared C. Bennett |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Jared C. Bennett on February 25, 2026, [1] which recommends denying Plaintiff's Motion for Preliminary Injunction. [2] The parties were notified of their right to file objections to the Report and Recommendation within fourteen days of service and that failure to object may constitute a waiver of objections upon subsequent review. [3] The fourteen-day deadline has lapsed, and no objections have been filed.

Having reviewed all relevant materials, the Court finds no clear error in the analysis and conclusion of the Magistrate Judge's Report and Recommendation. [4] Accordingly, the Court adopts the Report and Recommendation, finding that Plaintiff has failed to carry his burden of establishing a substantial likelihood of success on the merits of his claims and has, in turn, failed to establish

---

[1] ECF No. 53.
[2] ECF No. 5.
[3] ECF No. 53 at 5.
[4] *See* Fed. R. Civ. P. 72(b) Advisory Committee's note to 1983 amendment ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

that he is entitled to issuance of a preliminary injunction. Plaintiff's Motion for Preliminary Injunction is therefore denied.

## **ORDER**

Based on the foregoing, the Court ADOPTS in its entirety the Report and Recommendation (ECF No. 53). Plaintiff's Motion for Preliminary Injunction (ECF No. 5) is DENIED.

DATED this 14th day of May 2026.

BY THE COURT:

_____
Ann Marie McIff Allen
United States District Judge