Jordan Allen (19431)
JOHNSON MARK PC
*Attorney for Defendant Johnson Mark, LLC*
P.O. Box 7811 Sandy, UT 84091
Phone: 801 285 5750
Email: Jallen@jmlaw.com

## IN THE UNITED STATES DISTRICT COURT,
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ROSS LOGAN<br><br>Plaintiff,<br><br>vs.<br><br>LVNV FUNDING, LLC; RESURGENT CAPITAL SERVICES, L.P., JOHNSON MARK, LLC,<br><br>Defendants, | **APPEARANCE OF COUNSEL**<br><br>Case No. 2:25-cv-00848-AMA-JCB<br><br>Judge: Ann Marie McIff Allen<br>Magistrate Judge: Jared C. Bennett |

COMES NOW, Jordan Allen, attorneys for Defendant Johnson Mark LLC in the above

matter, and hereby enters their appearance on behalf of the Defendant.

DATED: July 27, 2026

/s/*Jordan Allen*
   Jordan Allen

*24-27259-NAOTD* Notice of Appearance

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on July 27, 2026, I sent a true and correct copy of the foregoing was served via CM/ECF to the following:

Ross Logan
1174 South 200 East
Orem, Utah 84058


Chase A Adams (#15080)
STEELE ADAMS HOSMAN PLLC
6713 South 1300 East
Cottonwood Heights, Utah 84121
Telephone: (801)816-3999
Email: Chase@sahlegal.com

/s/ Terri Ongley

24-27259